# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Cesar Rafael Rios-Quintero<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:14MJ-00211<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __TUESDAY, MAY 27, 2014__, _____, at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __SHERI PYM__, in Courtroom __4 - 3rd FLOOR__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __May 22, 2014__

__Sheri Pym__
United States Magistrate Judge